```
                                         FILED
                                         October 25, 2010
                                         CLERK, US DISTRICT COURT
                                         EASTERN DISTRICT OF
                                         CALIFORNIA

                                         DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>v.                               )<br>                                 )<br>LUIS HERNANDEZ,                  )<br>                                 )<br>            Defendant.           )<br>_____  ) | Case No. 2:10-mj-313 DAD<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Luis Hernandez</u>; Case   <u>2:10-mj-313 DAD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _____    Release on Personal Recognizance

    _____    Bail Posted in the Sum of _____

    __X__    Unsecured bond in the amount of $150,000, cosigned by defendant's brother and sister in law, with the brother in law signing by close of business on 10/26/10; secured bond to be posted within two weeks.

    _____    Appearance Bond with 10% Deposit

    _____    Appearance Bond secured by Real Property

    _____    Corporate Surety Bail Bond

    __X__    (Other) <u>Pretrial conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>10/25/2010</u>     at   2:43 p.m.

By  /s/ Kimberly J. Mueller
Kimberly J. Mueller,
United States Magistrate Judge