**FILED**
October 25, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>             Plaintiff,                          )<br>v.                                                    )<br>                                                          )<br>LUIS HERNANDEZ,                          )<br>                                                          )<br>             Defendant.                       ) | Case No.  2:10-mj-313 DAD<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Luis Hernandez</u>; Case   <u>2:10-mj-313 DAD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _      Release on Personal Recognizance

    _      Bail Posted in the Sum of _____

    X     Unsecured bond in the amount of $150,000, cosigned by defendant's brother and sister in law, with the brother in law signing by close of business on 10/26/10; secured bond to be posted within two weeks.

    _      Appearance Bond with 10% Deposit

    _      Appearance Bond secured by Real Property

    _      Corporate Surety Bail Bond

    X     (Other) <u>Pretrial conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>10/25/2010</u>   at   2:43 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge