GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for LUIS HERNANDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LUIS HERNANDEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:10-CR-469-JAM <br><br> STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE PAPERWORK FOR PRETRIAL RELEASE |

On November 19, 2010, the parties submitted a stipulation that the Court order Luis Hernández's $150,000 bond in this case be satisfied by $70,000 in real property and by $80,000 in an unsecured bond, and that the Court grant Luis Hernández until December 2, 2010, to submit the necessary paperwork.

By Order dated November 22, 2010, the Honorable Magistrate Judge Gregory G. Hollows, based on the parties' stipulation, allowed Luis Hernández's $150,000 bond to be satisfied by $70,000 in real property and by $80,000 in an unsecured bond. The Court granted Luis Hernández until December 2, 2010, to submit the necessary paperwork.

The initial documentation has been shown to counsel for the Government. A lot/book guarantee search for encumbrances on the property still has to be obtained, and was ordered on December 1, 2010, through Northern California Title in Red Bluff, California.

In addition, counsel for Luis Hernández must travel to the State of Washington due to an emergency and will not return to California until December 10, 2010.

///

///

1

1  Therefore, it is stipulated by the parties that the Court permit Luis Hernández, through
2  counsel, to submit the necessary paperwork by December 17, 2010.

                                        Respectfully submitted,

DATED: December 1, 2010        /s/ Gilbert A. Roque
                                        GILBERT A. ROQUE, Attorney for
                                        LUIS HERNANDEZ, Defendant

DATED: December 1, 2010        /s/ Michael D. Anderson
                                        MICHAEL D. ANDERSON
                                        Assistant United States Attorney,
                                        By Gilbert A. Roque, by personal authorization

                                             **ORDER**

**SO ORDERED.**

DATED:  December 2, 2010.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE