GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for LUIS HERNANDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-469-JAM |
| | ) | |
| Plaintiff, | ) | ORDER FOR |
| | ) | WAIVER OF DEFENDANT |
| vs. | ) | LUIS HERNANDEZ'S |
| | ) | PERSONAL APPEARANCE |
| LUIS HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The undersigned defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.  Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in his absence.

    Defendant further acknowledges that he has been informed of his rights under Title 18 United States Code Section 3161-3174 (Speedy Trial Act), and authorizes his attorney to set

1

times and delays under that Act without defendant being present. Defendant has been explained his rights to a speedy public jury trial under both the Sixth Amendment of the United States Constitution and the Speedy Trial Act, and agrees to waive time under both the Sixth Amendment of the United States Constitution and the Speedy Trial Act regarding his right to a speedy public jury trial.

DATED: 1/25/12                      /s/ Luis Hernández
                                    LUIS HERNANDEZ, Defendant

APPROVED:

DATED: 1/25/12                      /s/ Gilbert A. Roque
                                    GILBERT A. ROQUE, Attorney for
                                    Defendant LUIS HERNANDEZ

**IT IS HEREBY ORDERED** that Defendant Luis Hernández's appearance is waived for the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

**IT IS SO ORDERED**.

                                    /s/ John A. Mendez

DATED: 01/26/2012                   _____
                                    JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE

2