BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 2:10-cr-469 JAM |
| ) | |
| Plaintiff, ) | MOTION AND ORDER TO DISMISS |
| ) | INDICTMENT AS TO DEFENDANT LUIS |
| v. ) | HERNANDEZ |
| ) | |
| LUIS HERNANDEZ, et al. ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the indictment against LUIS HERNANDEZ without prejudice in the interest of justice. I have spoken with Gilbert A. Roque, counsel for Mr. Hernandez, and he stated that he has no objection to this request.

DATED: March 27, 2012                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                    By:  /s/ Michael D. Anderson
                                         MICHAEL D. ANDERSON
                                         Assistant U.S. Attorney

1

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in the above captioned case be dismissed against defendant LUIS HERNANDEZ without prejudice in the interest of justice.

DATED: March 28, 2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U. S. District Court Judge